free to raise the same issue in a later petition following entry of a final judgment. See, *e. g., Hughes Tool Co.* v. *Trans World Airlines, Inc.,* 409 U. S. 363, 365–366, n. 1 (1973); see also Stern & Gressman 283.

No. 11–999. FLORIDA ET AL. *v.* GEORGIA ET AL.;
No. 11–1006. ALABAMA ET AL. *v.* GEORGIA ET AL.; and
No. 11–1007. SOUTHEASTERN FEDERAL POWER CUSTOMERS, INC. *v.* GEORGIA ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 644 F. 3d 1160.

No. 11–1034. GABAYZADEH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 11–1194. JAYYOUSI *v.* UNITED STATES; and
No. 11–1198. HASSOUN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 657 F. 3d 1085.

No. 11–1259. HARTSEL ET AL., INDIVIDUALLY, DERIVATIVELY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED *v.* VANGUARD GROUP, INC., ET AL. Sup. Ct. Del. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition. 

No. 11–9960. PINDER *v.* ARKANSAS. Sup. Ct. Ark. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. 

No. 11–10476. MOJICA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–10477. SETTLE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1013. SALESSI *v.* WACHOVIA MORTGAGE, FSB, ET AL., 566 U. S. 962;

No. 11–1014. HARMAN ET VIR *v.* DATTE ET AL., 566 U. S. 962;

No. 11–1064. JACKSON *v.* FUJI PHOTO FILM, INC., ET AL., 566 U. S. 974;

No. 11–5843. WRIGHT *v.* OLD CASTLE GLASS INC. ET AL., 565 U. S. 965;

No. 11–8899. VIRAY *v.* SMITH, WARDEN, ET AL., 566 U. S. 947;

No. 11–8916. WINGO *v.* CITY OF SOUTH BEND, INDIANA, 566 U. S. 965;

No. 11–8983. ARAFAT *v.* IBRAHIM, 566 U. S. 976;

No. 11–9014. BOLGAR *v.* GLEN DONALD APARTMENTS, INC., 566 U. S. 977;

No. 11–9091. IN RE HIEN ANH DAO, 566 U. S. 985;

No. 11–9233. BEASLEY *v.* UNITED STATES, 566 U. S. 952;

No. 11–9276. BEST *v.* UNITED STATES, 566 U. S. 953; and

No. 11–9592. JONES *v.* UNITED STATES, 566 U. S. 980. Petitions for rehearing denied.

No. 11–7468. DAVIS *v.* CAIN, WARDEN, 565 U. S. 1167. Motion for leave to file petition for rehearing denied.

### JUNE 26, 2012

No. 11–10820 (11A1193). VILLEGAS LOPEZ *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

### JUNE 28, 2012

No. 11A1189. ARIZONA ET AL. *v.* ABEYTIA ET AL. C. A. 9th Cir. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Order heretofore entered by JUSTICE KENNEDY is vacated. JUSTICE ALITO would grant the application for stay.

### JUNE 29, 2012

No. 09–10231. TURNER *v.* UNITED STATES. C. A. 7th Cir. Reported below: 591 F. 3d 928;